IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STONEY GLENN,

    Petitioner,

v.                                      Case No. 4:23-cv-213-AW-MAF

STATE OF FLORIDA,

    Respondent.

_____/

### ORDER DISMISSING § 2254 PETITION AS UNTIMELY

Stoney Glenn petitioned for § 2254 relief. The State moved to dismiss the petition as untimely. ECF No. 16. The magistrate judge issued a report and recommendation concluding the court should dismiss. ECF No. 24. Glenn has not filed any objection.

Having carefully considered the matter, I agree with the magistrate judge. Glenn's petition is untimely and must be dismissed. I now adopt the report and recommendation and incorporate it into this order.

The motion to dismiss (ECF No. 16) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on April 26, 2024.

                                              s/ *Allen Winsor*
                                              United States District Judge